UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

POWERDSINE, INC., and POWERDSINE, LTD.,

                Plaintiffs,

                                                       **OPINION & ORDER**
                                                        07-CV-2490 (SJF) (WDW)

        -against-

BROADCOM CORP., MARTIN MCNAREY, and
DOUGLAS WANG,

                Defendants.
----------------------------------------------------------X

FEUERSTEIN, J.

       The Court is in receipt of defendants' motion to dismiss (ct. docs. 7-13) and motion to change venue (ct. docs. 14-20), both dated July 19, 2007. Pursuant to paragraphs 4(B) & (D) of the Individual Practices of this Court, a movant is directed to file a copy of the cover letter only with the Court, and submit the papers to the Court only after the motion has been fully briefed. Because defendants' motions were submitted prior to becoming fully briefed, they are hereby DENIED WITHOUT PREJUDICE, and defendants are directed to re-file and submit the motions in accordance with this Court's practices.


S/sjf
_____
Sandra J. Feuerstein
United States District Judge

Dated: July 19, 2007
       Central Islip, New York